950

No. 673. TURNEY v. HOME INSURANCE Co. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Joseph J. Biunno, John W. Ansell* and *Charles B. Niebling* for respondent.

No. 680. WINGER, ADMINISTRATOR, v. McCULLOUGH TRANSFER Co. Court of Appeals of Ohio, Seventh Judicial District. Certiorari denied. *David C. Haynes* for petitioner. *Richard W. Galiher* for respondent.

No. 685. FURLONG ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Frank J. McAdams, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 676. BERGER v. McGRATH, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Raoul Berger, pro se. Solicitor General Perlman, Assistant Attorney General Baynton, James D. Hill, George B. Searls* and *Irwin A. Siebel* for respondent.

No. 678. LIVANOS ET AL. v. PATERAS ET AL. C. A. 4th Cir. Certiorari denied. *Jacob L. Morewitz* for petitioners. *Thomas M. Johnston* for respondents.

No. 401, Misc. WILSON ET AL. v. WASHINGTON. Supreme Court of Washington. Certiorari denied. *Reuben G. Lenske* for petitioners.

No. 424, Misc. MONTGOMERY v. EIDSON, WARDEN, ET AL. Supreme Court of Missouri. Certiorari denied.